IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 96-B-2468-NE |
| TONY M. GRABEN, ) | |
| Defendant. ) | |

FILED 97 JAN 16 PM 3:39 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED JAN 16 1996

FINDINGS AND CONCLUSIONS

    This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Tony M. Graben, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

    1.    The Summons and Complaint were served upon Defendant, Tony M. Graben, on November 22, 1996; Defendant has failed to appear, plead, or otherwise defend.

    2.    Defendant, Tony M. Graben, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

    3.    Defendant, Tony M. Graben, is indebted to Plaintiff in the principal sum of $24,040.08, costs of $233.00, accrued interest of $8,686.63 as of January 13, 1997, plus interest at the prevailing legal rate from the date of judgment.

    4.    Plaintiff is due to recover from Defendant, Tony M. Graben, the total sum of $32,959.71, plus interest hereafter

5

at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

  Done this ____ day of January, 1997.

            *Sharon Lovelace Blackburn*
            UNITED STATES DISTRICT JUDGE